John H. Choi, SBN 149418
**KIM, PARK, CHOI & YI**
a Professional Law Corporation
3435 Wilshire Blvd., Suite 2150
Los Angeles, CA 90010-2002
Tel: (213) 384-7600
Fax: (213) 384-4888
johnchoi@kpcylaw.com

Attorneys for Defendants
Wilshire State Bank, Wilshire Bancorp, Inc.,
and Asset Foreclosure Services, Inc.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH C. DELGADO, an individual; WALLY A. DELGADO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WILSHIRE STATE BANK, a subsidiary of WILSHIRE BANCORP, INC.; WILSHIRE BANCORP; WILSHIRE STATE BANK, a California state-chartered bank; WILSHIRE STATE BANK as successor in interest to MIRAE BANK; ASSET FORECLOSURE SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:13-cv-1181-R-CW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(1)**<br><br><br><br>Date:  April 15, 2013<br>Time: 10:00 a.m.<br>Ctrm.: 8, The Honorable<br>Manuel L. Real |

The motion of Defendants, Wilshire State Bank, Wilshire Bancorp, Inc. and Asset Foreclosure Services, Inc., (collectively "Defendants"), to dismiss, to strike and for more definitive statement came on regularly for hearing before this Court on April 15, 2013.  Appearances were as noted on the record.

The Court having considered the motion, all papers filed in support thereof and for reasons as stated on the records, GRANTS the motion to dismiss the complaint; further, the Court declines to retain jurisdiction over any remaining

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) - 1

1  state law claims.  The motion to strike or for more definite statement is denied as
2  moot.
3     Plaintiffs' complaint is hereby dismissed with prejudice.
4     IT IS SO ORDERED.

6  Dated:   April 18, 2013
7                                                                                 Honorable Manuel L. Real
                                                                                   U.S. District Court Judge

**Kim Park Choi& Yi**
**3435 Wilshire Blvd., Suite 2150**
**Los Angeles, CA 90010-2002**

**CERTIFICATE OF SERVICE**

I, Christine Wong, declare as follow:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Blvd., Suite 2150, Los Angeles, CA 90010-1930.

On __April 16, 2013__, I served the foregoing document described as

<u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(1)</u> on interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Ruth C. Delgado (Plaintiff in Pro Se)  
3923 Durfee Avenue  
El Monte, CA 91732  
818-388-5183

Wally A. Delgado (Plaintiff in Pro Se)  
3923 Durfee Avenue  
El Monte, CA 91732  
818-388-5183

☒ BY MAIL
☐ I deposited such envelope in the mail at __Los Angeles__, California.
The envelope was mailed with postage thereon fully prepaid.
☒ As follows: I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on __April 16, 2013__, at __Los Angeles__, California.

Christine L. Wong  
Type or Print Name

/s/Christine Wong  
Signature

Kim Park Choi& Yi  
3435 Wilshire Blvd., Suite 2150  
Los Angeles, CA 90010-2002

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) - 3